UNITED STATES DISTRICT COURT

For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JOHN ROACH, JR., | No. C 13-5544 HRL MED |
| Plaintiff, | |
| v. | **ORDER RE: ATTENDANCE AT MEDIATION** |
| DEXTER AXEL COMPANY, et al., | Date:      May 12, 2014 |
| Defendants. | Mediator:  Michael Sobel |

IT IS HEREBY ORDERED that the requests to excuse defendant Norcold, Inc.'s corporate representative, Dave Roberts, and defendant Turlock RV Center dba Best RV Center's corporate representative, Naiel Ammari, from appearing in person at the May 12, 2014 mediation before Michael Sobel are GRANTED.  Messrs. Roberts and Ammari shall be available at all times to participate in the mediation as set forth in ADR L.R. 6-10(f).

IT IS SO ORDERED.

April 29, 2014          By:          _____
Dated                                        Maria-Elena James
                                             United States Magistrate Judge